# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mike C. Henderson,                                   Case No. 22-cv-345 (KMM/LIB)

        Plaintiff,

v.

Katle Mack; C/O Martin; T. Hamerrick;                     **ORDER**
Kim Ebeling Sletten; Dradder, Property
Room; and Minnesota Department of
Correction, All Agencies That Are
Involved in Torts (Unknown),

        Defendants.

The above matter comes before the Court upon the Report and Recommendation
(R&R) of United States Magistrate Judge Leo I. Brisbois, dated May 13, 2022. The R&R
recommends dismissing this action without prejudice pursuant to 28 U.S.C. § 1915A(b),
denying Plaintiff's applications to proceed in forma pauperis and other motions, and
requiring Plaintiff to pay the unpaid balance of the statutory filing fee. No objections
have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections
are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the
Court reviews the R&R for clear error. *Nur v. Olmsted County*, Case No. 19-cv-2384
(WMW/DTS), 2021 WL 4444813, at *1 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b)
and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on a

careful review of the R&R and the record in this case, this Court finds that the Magistrate

Judge committed no error, clear or otherwise.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.      The R&R [Docket No. 16] is **ACCEPTED**;

2.      This matter is **DISMISSED without prejudice** pursuant to 28 U.S.C.

        § 1915A(b);

3.      Plaintiff's applications to proceed in forma pauperis, [Docket Nos. 2, 10]

        are **DENIED**;

4.      Plaintiff's motion for evidence of consent, [Docket No. 3], is **DENIED**;

5.      Plaintiff's motion to dismiss, [Docket No. 11], is **DENIED**;

6.      Plaintiff's motion to exonerate torts, [Docket No. 12], is **DENIED**; and

7.      Plaintiff shall pay the unpaid balance of the statutory filing fee for this

        action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of

        Court shall provide notice of this requirement to the authorities at the

        institution where Plaintiff is confined.

**Let Judgment Be Entered Accordingly.**


Date: July 7, 2022                                  *s/ Katherine M. Menendez*
                                                    Katherine M. Menendez
                                                    United States District Judge

2